Calvin J. Stacey
Bryan M. Kautz
STACEY & FUNYAK
100 North 27 Street, Suite 700
P.O. Box 1139
Billings, Montana 59103-1139
Phone: (406) 259-4545
Fax: (406) 259-4540
E-mail: cstacey@staceyfunyak.com
E-mail: bkautz@staceyfunyak.com

Attorneys for Defendant Jason Montgomery

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TINA CASTRO; COLLEGE PARK, LCC; JIM EDWARDS; LARRY FOX; BRAD KEMBEL; LC PROPERTIES, LLC; CMG, INC.; JOHNSON LANE ENTERPRISES, INC.; JIM SWANSON; JERRY WILLIAMS; CATHY WILLIAMS; ERIKA WILLIAMS MADRIGAL; and BROCK WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXONMOBIL OIL CORPORATION; EXXONMOBIL PIPELINE COMPANY; JON R. WETMORE, individually; and JASON MONTGOMERY, individually,<br><br>Defendants. | Cause No. CV -11-119-BLG-RFC<br><br>**DEFENDANT JASON MONTGOMERY'S RULE 12(b)(6) MOTION TO DISMISS** |

Defendant Jason Montgomery, by and through his counsel of record, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure respectfully moves the Court for an Order dismissing him from the Complaint filed in this matter on the grounds that the Complaint fails to state a claim upon which relief can be granted.  In support of this Motion, defendant has filed with the Court his Brief setting forth the legal basis for the filing of this Motion.

**DATED** this 9th day of December, 2011.

                                            STACEY & FUNYAK


                            By:   /s/ Calvin J. Stacey
                                        Calvin J. Stacey
                                        Stacey & Funyak
                                        Attorneys for Defendant
                                        Jason Montgomery

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2011, a true and correct copy of the foregoing ***Defendant Jason Montgomery's Rule 12(b)(6) Motion to Dismiss*** was served upon the following person(s) by the following means:

<u>1,2,3,4,5</u>     CM/ECF
<u>            </u>Hand Delivery
<u>            </u>Mail
<u>            </u>Overnight Delivery
<u>            </u>Fax
<u>            </u>E-Mail

1.  Clerk of District Court

2.  A. Clifford Edwards
    A. Christopher Edwards
    John W. Edwards
    EDWARDS, FRICKLE & CULVER
    P.O. Box 20039
    Billings, Montana 59104-0039

3.  W. Scott Mitchell
    William W. Mercer
    Michael P. Manning
    HOLLAND & HART
    P.O. Box 639
    Billings, Montana 59103-0639

4.  Mark D. Parker
    Shawn P. Cosgrove
    PARKER, HEITZ & COSGROVE
    P.O. Box 7212
    Billings, Montana 59103-7212

5.  Carey E. Matovich
    Brooke B. Murphy
    Joseph L. Breitenbach
    MATOVICH, KELLER & MURPHY
    P.O. Box 1098
    Billings, Montana 59103-1098

STACEY & FUNYAK


By:   /s/ Calvin J. Stacey
      Calvin J. Stacey
      Stacey & Funyak
      Attorneys for Defendant
      Jason Montgomery